NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RICARDO Q. ROMERO,                    )
                                      )
           Appellant,                 )
                                      )
v.                                    )      Case No. 2D18-943
                                      )
STATE OF FLORIDA,                     )
                                      )
           Appellee.                  )
_____   )

Opinion filed January 2, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Nick Nazaretian,
Judge.

Ricardo Q. Romero, pro se.

PER CURIAM.

                    Affirmed.

LaROSE, C.J., and SILBERMAN and LUCAS, JJ., Concur.